## William Safford *v.* Commissioner of Correction (12768)

Dupont, C. J., Lavery and Schaller, Js.

Argued May 2—decision released May 24, 1994

*Kweku J. Hanson,* for the appellant (petitioner).

*James A. Killen,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's

attorney, and *John Dropick,* senior assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.